**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **MICHAEL NUTTALL, on behalf of himself and all others similarly situated,**<br><br>   Plaintiff,<br><br>v.<br><br>**PPG INDUSTRIES, INC.,**<br><br>   Defendant. | **CIVIL ACTION FILE NO. 1:13-cv-00384-CAP** |

**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT
AND DISMISSING CASE WITH PREJUDICE**

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, *et seq*. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreement and for Order of Dismissal with Prejudice ("Joint Motion") of the Parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the Parties' Joint Motion and the Settlement Agreement. The Court is of the opinion that there is a *bona fide* dispute over application of the

relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* In light of this legitimate dispute, the Court is of the opinion that the Settlement Agreement reflects a fair and reasonable resolution of this *bona fide* dispute. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreement.

3. The Court APPROVES the monetary distribution as to Plaintiff as described in the Settlement Agreement and ORDERS Defendant to make payment accordingly.

4. If Plaintiff intends to seek an award of reasonable attorney's fees and costs in this action, the Court ORDERS Plaintiff to file a separate motion for such an award within thirty (30) days from the date of this Order.

5. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his or its own expenses and attorneys' fees as provided in the Settlement Agreement.

6. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement and considering any motion for attorney's fees and costs, as set forth in Paragraph 4 above, that Plaintiff may file.

SO ORDERED this <u>7th</u> day of <u>AUGUST</u>, 2014.

/s/CHARLES A. PANNELL, JR.
_____
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE

Firmwide:128307498.1 034801.2064