UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL NUTTALL

          Plaintiff,

vs.

PPG INDUSTRIES, INC. ,

          Defendant.

CIVIL ACTION FILE

NO. 1:13-cv-00384-CAP

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr. , United States District Judge, for consideration of Motion for Attorney Fees and Costs, and the court having granted said motion, it is

**Ordered and adjudged** that plaintiff recover from PPG Industries, Inc. $70,805.25 as reasonable attorney's fees and costs in the amount of $5,172.46, resulting in a total award of $75,977.71.

Dated at Atlanta, Georgia this 30th day of December, 2014.

                                          JAMES N. HATTEN
                                          CLERK OF COURT


                            By:  s/Frances K. Pinckney
                                   Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   December 31, 2014
James N. Hatten
Clerk of Court


By: s/Frances K. Pinckney
     Deputy Clerk